**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **STACEY GONZALEZ,** *et al.*,<br><br>        **Plaintiff,**<br><br>    v.<br><br>**CITY OF PHILADELPHIA,** *et al.*,<br><br>        **Defendants.** | **CIVIL ACTION NO. 18-5029** |

## ORDER

    **AND NOW,** this 16th day of September 2020, upon consideration of the pending

motions and all responses and replies thereto, it is hereby **ORDERED** that Defendants' Motion

to Strike Plaintiff's Second Amended Complaint [Doc. No. 32] is **DENIED** and Plaintiffs'

Motion for Leave to File a Second Amended Complaint [Doc. No. 30] is **GRANTED** in part and

**DENIED** in part as follows:

1. Plaintiffs are **GRANTED** leave to amend as to Plaintiff Soroka's discrimination claims under Title VII and the PHRA.

2. Plaintiffs are **GRANTED** leave to amend as to Plaintiff Gonzalez's retaliation claims under Title VII and the PHRA.

3. Plaintiffs are **GRANTED** leave to amend as to Plaintiff Gonzalez's retaliation claims against Defendant Wilson.

4. Plaintiffs are **DENIED** leave to amend as to all other claims.

5. Plaintiffs shall file a second amended complaint that comports with this Order no later than **September 27, 2020**.

    It is so **ORDERED.**

                           **BY THE COURT:**

                           **/s/ Cynthia M. Rufe**

                           _____
                           **CYNTHIA M. RUFE, J.**